IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADALID ESTRADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-732-DWD |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. RITZ, | ) |
| JOHN DOE, and | ) |
| DEE DEE BROOKHART, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On January 4, 2022, the Court directed Plaintiff Adalid Estrada to file an amended complaint. (Docket entry 14). Estrada was given 14 days to file an amended complaint, failing which the case would be dismissed. To date, the Court has received no further correspondence concerning this matter. Accordingly, the Court will dismiss this matter without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: 02/07/2022

s/ David W. Dugan
DAVID W. DUGAN
United States District Judge